UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM HARDEE CROSS, | Case No. 10-cv-01113-MJP |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| KING COUNTY EXECUTIVE, et al., | |
| Defendants. | |

The Court, having reviewed plaintiff's 42 U.S.C. § 1983 civil rights complaint, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This action is DISMISSED without prejudice.

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

\\

\\

\\

ORDER OF DISMISSAL
PAGE - 1

1   DATED this 19th day of October, 2010.

2

3

4                                                    Marsha J. Pechman
                                                     United States District Judge

ORDER OF DISMISSAL
PAGE - 2